PEOPLE V LEWIS HARRIS, No. 150380; Court of Appeals No. 322825. Leave to appeal denied at 498 Mich 864.

PEOPLE V BYRD, No. 150439; Court of Appeals No. 321821. Leave to appeal denied at 498 Mich 852.

PEOPLE V STEVENS, No. 150475; Court of Appeals No. 309831. Leave to appeal denied at 497 Mich 1012.

PEOPLE V HAROLD JOHNSON, No. 150509; Court of Appeals No. 323479. Leave to appeal denied at 498 Mich 864.

FILAS V MEEMIC INSURANCE COMPANY, No. 150510; Court of Appeals No. 316822. Leave to appeal denied at 497 Mich 1028.

BORMUTH V WEST BAY EXPLORATION COMPANY, No. 150512; Court of Appeals No. 316298. Leave to appeal denied at 498 Mich 852.

BATESON V ESTATE OF WARREN HAMILL, No. 150552; Court of Appeals No. 317116. Leave to appeal denied at 497 Mich 1014.

DEPARTMENT OF TRANSPORTATION V DETROIT INTERNATIONAL BRIDGE COMPANY, No. 150571; Court of Appeals No. 315453. Leave to appeal denied at 498 Mich 852.

PEOPLE V RICKEY WHITE, No. 150670; Court of Appeals No. 315579. Leave to appeal denied at 497 Mich 1015.

ZAMMIT V CITY OF NEW BALTIMORE, No. 150754; Court of Appeals No. 322188. Leave to appeal denied at 497 Mich 1029.

HUSTED V EATON CORPORATION, No. 150796; Court of Appeals No. 322884. Leave to appeal denied at 497 Mich 1028.

ANDERSON V ATTORNEY GRIEVANCE COMMISSION, No. 150872. Superintending control denied at 498 Mich 856.

*In re* PATULSKI ESTATE Nos. 150885 and 150886; Court of Appeals Nos. 317275 and 317449. Leave to appeal denied at 498 Mich 866.

FRITZ V SANDY PINES WILDERNESS TRAILS, No. 151105; Court of Appeals No. 317144. Leave to appeal denied at 498 Mich 867.

PEOPLE V WARD, No. 151175; Court of Appeals No. 323857. Leave to appeal denied at 498 Mich 855.

*Superintending Control Denied September 29, 2015:*